# REPORTS OF CASES

## ARGUED AND DETERMINED

### IN THE

# SUPREME COURT OF ALABAMA.

———◆———

Present at this Term, { Judges, *Clay,*
*Webb,*
*Lipscomb,*
*Saffold,* and *Ellis.*

———

### Caller *against* Brittain.

June, 1821.

THE judgment of the Court below was rendered against *Caller* and another jointly. The writ of Error was in the name of *Caller* only.

*By the Court.* It does not appear but that the co-defendant of *Caller* was living at the date of the writ of Error, nor that he is not now living. The writ of Error issued improperly, and must be quashed.